UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS STEPHENSON BOOTHE,<br>Plaintiff.<br>v.<br>FOX ORTEGA ENTERPRISES, INC., et al.,<br>Defendants. | Case No. 16-cv-00169-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on April 22, 2016, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **May 6, 2016, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on April 22, 2016, and for failure to comply with the Court's Order of January 11, 2016. A case management conference is also scheduled for **May 6, 2016**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: April 27, 2016

JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS STEPHENSON BOOTHE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FOX ORTEGA ENTERPRISES, INC., et al.,<br><br>　　　　Defendants. | Case No.  16-cv-00169-JCS<br><br>**CERTIFICATE OF SERVICE** |

　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　That on April 27, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Stephenson Boothe
7635 SW Westmoor Way
Portland, OR 97225

Dated: April 27, 2016

　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　Karen Hom, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable JOSEPH C. SPERO

2